*CATHE NEAL DICKSON, CSR.*
*Official Court Reporter*
*Box 287*
*Rusk, Texas 75785*
*903 683-2236*

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS

3/31/2015 10:36:25 AM

CATHY S. LUSK
Clerk

March 30, 2015


Ms. Cathy S. Lusk, Clerk
12th Court of Appeals
1517  W. Front Street
Tyler, Texas  75702


RE:  The State of Texas
     Vs.
     Jimmy Deshawn Mosley
     No. 18611

Dear Ms. Lusk,

As instructed another copy of the above styled case has been copied and sent to Mr. Mosley in TDCJ.  None of the Reporter's Record contains any covers with harmful tabs, nor does it contain any copies of the DVDs that were admitted into the records of the case.

I am giving this copy to Appellate Counsel to send to Mr. Moseley at his last known address.

If you have any questions, please feel free to contact me.


Thanking you in advance, I am


Sincerely,

*/S/Cathe Neal Dickson*

Cathe Neal Dickson, CSR.